United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-00697-HWV |
| Leeza Rodriguez | Chapter 7 |
| Carlos Rodriguez, Jr. | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: admin | Page 1 of 3 |
| Date Rcvd: Jul 02, 2021 | Form ID: 318 | Total Noticed: 35 |

The following symbols are used throughout this certificate:
**Symbol**  **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 04, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Leeza Rodriguez, Carlos Rodriguez, Jr., 2733 Woodmont Dr, York, PA 17404-7826 |
| 5400216 | | Ads/Comenity/BigLots, PO Box 182120, Columbus, OH 43218-2120 |
| 5400227 | | First Capitol Cr Union, PO Box 7746, York, PA 17404-0746 |
| 5400230 | | Kay Jewelers, PO Box 4485, Beaverton, OR 97076-4485 |
| 5400215 | # | Keith B DeArmond Attorney at Law, 2951 Whiteford Rd Ste 101, York, PA 17402-7624 |
| 5400232 | + | Members 1st, P.O. Box 2104, Mechanicsburg, PA 17055-2104 |
| 5400235 | + | PennyMac, P.O. Box 514387, Los Angeles, CA 90051-4387 |
| 5400238 | + | Pyramid Healthcare, PO BOX 2462, Aston, PA 19014-0462 |
| 5400214 | | Rodriguez Carlos Jr, 2733 Woodmont Dr, York, PA 17404-7826 |
| 5400213 | + | Rodriguez Leeza, 2733 Woodmont Dr, York, PA 17404-7826 |
| 5400242 | | US Dept Of Education/GL, 2401 International Ln, Madison, WI 53704-3121 |
| 5400245 | | White Deer Run, 5872 Susquehanna TRAIL, Turbotville, PA 17772 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: RECOVERYCORP.COM | Jul 02 2021 22:33:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5400218 | | EDI: WFFC.COM | Jul 02 2021 22:33:00 | American Honda Finance, 201 Little Falls Dr, Wilmington, DE 19808-1674 |
| 5400217 | | Email/Text: backoffice@affirm.com | Jul 02 2021 18:33:00 | Affirm Inc, 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 5400220 | + | EDI: CITICORP.COM | Jul 02 2021 22:33:00 | Best Buy, P.O. Box 9001007, Louisville, KY 40290-1007 |
| 5400221 | + | EDI: CAPITALONE.COM | Jul 02 2021 22:33:00 | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |
| 5400223 | | EDI: WFNNB.COM | Jul 02 2021 22:33:00 | Comenity Bank/Victorias Secret, PO Box 182789, Columbus, OH 43218-2789 |
| 5400224 | | EDI: WFNNB.COM | Jul 02 2021 22:33:00 | Comenity Capital Bank/Gamestop, PO Box 182120, Columbus, OH 43218-2120 |
| 5400225 | | EDI: CCS.COM | Jul 02 2021 22:33:00 | Credit Collection Services, PO Box 447, Norwood, MA 02062-0447 |
| 5400226 | | EDI: DCI.COM | Jul 02 2021 22:33:00 | Diversified Consultants, 10550 Deerwood Park Blvd Ste 309, Jacksonville, FL 32256-2805 |
| 5400222 | | EDI: JPMORGANCHASE | Jul 02 2021 22:33:00 | Chase, PO Box 15123, Wilmington, DE 19850 |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 5400229 | | EDI: JPMORGANCHASE | Jul 02 2021 22:33:00 | JPMCB CARD, PO Box 15369, Wilmington, DE 19850-5369 |
| 5400231 | | Email/Text: PBNCNotifications@peritusservices.com | Jul 02 2021 18:33:00 | Kohls/Capone, PO Box 3115, Milwaukee, WI 53201-3115 |
| 5400233 | | EDI: MID8.COM | Jul 02 2021 22:33:00 | Midland Credit Management Inc, 320 E Big Beaver Rd Ste 300, Troy, MI 48083-1271 |
| 5400234 | | EDI: MID8.COM | Jul 02 2021 22:33:00 | Midland Funding, LLC, 320 E Big Beaver Rd Ste 300, Troy, MI 48083-1271 |
| 5400236 | | EDI: PRA.COM | Jul 02 2021 22:33:00 | Portfolio Recovery Associates LLC, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 5402264 | + | EDI: PENNDEPTREV | Jul 02 2021 22:33:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 5402264 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 02 2021 18:33:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 5400237 | | EDI: PRA.COM | Jul 02 2021 22:33:00 | Portofolio Recovery Associates LLC, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4952 |
| 5400239 | + | Email/Text: BankruptcyMail@questdiagnostics.com | Jul 02 2021 18:33:00 | Quest Diagnostics, PO BOX 7302, Hollister, MD 65673-7302 |
| 5400240 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 02 2021 18:37:23 | Resurgent Capital Services LP, PO Box 1269, Greenville, SC 29602-1269 |
| 5400806 | + | EDI: RMSC.COM | Jul 02 2021 22:33:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5400241 | | EDI: RMSC.COM | Jul 02 2021 22:33:00 | Synchrony Bank/Lowes, PO Box 965005, Orlando, FL 32896-5005 |
| 5400243 | + | EDI: WFNNB.COM | Jul 02 2021 22:33:00 | Victoria Secret, PO Box 659728, San Antonio, TX 78265-9728 |
| 5400244 | | EDI: WFFC.COM | Jul 02 2021 22:33:00 | Wells Fargo, PO Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5400228 | *P++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088, address filed with court:, Honda Financial Services, PO Box 65507, Wilmington, DE 19808-0507 |
| 5400219 | *P++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088, address filed with court:, American Honda Finance Corp, 201 Little Falls Dr, Wilmington, DE 19808-1674 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| District/off: 0314-1 | User: admin | Page 3 of 3 |
| Date Rcvd: Jul 02, 2021 | Form ID: 318 | Total Noticed: 35 |

Date: Jul 04, 2021        Signature:    /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 2, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Keith B DeArmond | on behalf of Debtor 1 Leeza Rodriguez general.dearmondlaw@gmail.com  G10924@notify.cincompass.com |
| Keith B DeArmond | on behalf of Debtor 2 Carlos Rodriguez Jr. general.dearmondlaw@gmail.com, G10924@notify.cincompass.com |
| Lawrence V. Young (Trustee) | lyoung@cgalaw.com  pa33@ecfcbis.com;tlocondro@cgalaw.com;rminello@cgalaw.com |
| Rebecca Ann Solarz | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Leeza Rodriguez | Social Security number or ITIN xxx–xx–4617 |
| | First Name   Middle Name   Last Name | EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Carlos Rodriguez Jr. | Social Security number or ITIN xxx–xx–2562 |
| | First Name   Middle Name   Last Name | EIN _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   Middle District of Pennsylvania

Case number:   1:21-bk-00697-HWV

# Order of Discharge                                                                                       12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Leeza Rodriguez
aka Leeza Latshaw

Carlos Rodriguez Jr.

**By the court:**   *[signature]*

7/2/21

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: AutoDocketer, Deputy Clerk

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**